JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS QUINTANILLA, Petitioner, v. DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND NATURALIZATION ENFORCEMENT, et al., Respondents. | Case No. 5:26-cv-02112-AB-AYP<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is granted; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: September 14, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE